IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL** |

*This document relates to:*

Cecil Glass 06-462
_____/

    Defendants have moved to dismiss this action with prejudice for a failure to comply with PTO 6 and other orders of the Court. In light of plaintiff's previous request for voluntary dismissal without prejudice, this action is DISMISSED without prejudice on the condition that if plaintiff refiles this action it must be filed in federal court.

    **IT IS SO ORDERED.**

Dated: November 3, 2006

                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE